**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

PATRICK L. SHERMAN  PLAINTIFF
ADC #096304

v.  4:20-cv-00931-LPR-JJV

JOSH LINGO, Jail House Administrator,  DEFENDANTS
Hot Spring County Jail, *et al*.

## ORDER

On August 13, 2020, Plaintiff Patrick L. Sherman filed a complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1) along with exhibits (Doc. No. 2). Plaintiff sued four individuals he identified as employees of the Hot Spring County Jail in connection with Covid-19 related issues; he seeks damages. (Doc. No. 1.)

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas pursuant to 28 U.S.C. § 1406(a) and 28 U.S.C. § 1391(b). Accordingly, the Clerk of the Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 14th day of August 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE